UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: September 6, 2007                    JUDGE: Phyllis J. Hamilton

Case No: C-07-2792 PJH

Case Name: Estate of Cheri Lyn Holt-Moore, et al. v. David Douglas, et al.

Attorney(s) for Plaintiff:     Dennis Cunningham; W. Gordon Kaupp
Attorney(s) for Defendant:     Nancy Delaney

Deputy Clerk: Nichole Heuerman            Court Reporter: Not Reported

PROCEEDINGS

   Initial Case Management Conference-Held. Plaintiff counsel informs the court that an amended complaint has been filed. The response to the amended complaint shall be filed by 9/12/07. The court informs the parties that no Monell discovery shall be taken at this time. The parties will not be referred to ADR at this time. The court sets a pretrial schedule.

PRETRIAL SCHEDULE:

Non-Expert Discovery cutoff: 9/10/08
Expert disclosure: 11/26/08
Expert discovery cutoff: 1/7/09
Dispositive Motions heard by: 11/5/08
Pretrial Conference: 2/5/09 at 2:30 p.m.
Trial: 3/2/09 at 8:30 a.m., for 8 days, by [x] Jury  [] Court

Order to be prepared by:   [] Pl [] Def [x] Court

Notes:

cc: file; ADR