UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** October 17, 2007      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2792 PJH

**Case Name:** Estate of Cheri Lyn Holt-Moore, et al. v. David Douglas, et al.

**Attorney(s) for Plaintiff:**      W. Gordon Kaupp
**Attorney(s) for Defendant:**      Nancy Delaney

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Jim Yeomans

PROCEEDINGS

Defendants' Motion for Partial Dismissal-GRANTED with leave to amend as stated on the record. The amended complaint shall be filed by 11/19/07. Plaintiff counsel may submit the order from the probate court as an attachment to the amended complaint. The response to the amended complaint shall be filed within 20 days from the filing of the amended complaint. The parties shall reconsider consenting to a magistrate judge for all purposes so the matter can be transferred to Eureka before Magistrate Judge Vadas.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: file**