DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Joshua Kaufman CSB# 225987<br>Stokes, Steeves, Rowe & Hamer<br>381 Bayside Road, PO Box 1109<br>Arcata, CA 95518-1109 | (707)822-1771<br>(707)822-1901 | FILED<br>NOV 05 2007<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF HUMBOLDT |
| ATTORNEY FOR (Name): David Moore | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Humboldt
STREET ADDRESS: 825 Fifth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Eureka, CA 95501
BRANCH NAME:

ESTATE OF (Name):
CHERI LYN MOORE, aka
CHERI LYN HOLT & SHERI LYN HOLT-MOORE, DECEDENT

| ORDER FOR PROBATE | CASE NUMBER: |
|---|---|
| ORDER APPOINTING<br>☐ Executor<br>☐ Administrator with Will Annexed<br>☒ Administrator   ☐ Special Administrator<br>~~Order~~ Authorizing Independent Administration of Estate<br>~~☒~~ with full authority   ☐ with limited authority [JMB] | PR070331 |

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: 11/2/07    Time: 9:00 a.m.    Dept./Room: 4    Judge:

THE COURT FINDS
2. a. All notices required by law have been given.
   b. Decedent died on (date): 4/14/06
      (1) ☒ a resident of the California county named above.
      (2) ☐ a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ☒ intestate
      (2) ☐ testate
      and decedent's will dated: n/a    and each codicil dated: n/a
      was admitted to probate by Minute Order on (date):

THE COURT ORDERS
3. (Name): DAVID MOORE
   is appointed personal representative:
   a. ☐ executor of the decedent's will
   b. ☐ administrator with will annexed
   c. ☒ administrator
   d. ☐ special administrator
      (1) ☐ with general powers
      (2) ☐ with special powers as specified in Attachment 3d(2)
      (3) ☐ without notice of hearing
      (4) ☐ letters will expire on (date):

   and letters shall issue on qualification. [JMB]
4. a. ☒ Full authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☐ Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
5. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $          to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $          are ordered to be placed in a blocked account at (specify institution and location):
      and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 5c. [JMB]
   d. ☒ The personal representative is not authorized to take possession of money or any other property without a specific court order.
6. ☒ (Name): Michael Retzloff    is appointed probate referee.

Date:

J. MICHAEL BROWN
JUDGE OF THE SUPERIOR COURT
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

7. ☒ Number of pages attached: 0

Form Approved by the
Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]
Martin Dean's Essential Forms ™

ORDER FOR PROBATE

Probate Code, §§ 8006, 8400

Moore

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar, r, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Joshua Kaufman CSB#225967<br>Stokes, Steeves, Rowe & Hamer<br>381 Bayside Road, PO Box 1109<br>Arcata, CA 95518-1109 | (707)822-1771<br>(707)822-1901 | **FILED**<br>*Karen C.*<br>NOV 0 7 2007<br>SUPERIOR COURT OF C<br>COUNTY OF HUMBOLDT |

ATTORNEY FOR (Name): David Moore

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Humboldt
STREET ADDRESS: 825 Fifth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Eureka, CA 95501
BRANCH NAME:

ESTATE OF (Name):
CHERI LYN MOORE, aka
CHERI LYN HOLT & SHERI LYN HOLT-MOORE    DECEDENT

**LETTERS**
☐ TESTAMENTARY    ☒ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED    ☐ SPECIAL ADMINISTRATION

CASE NUMBER: PR070331

## LETTERS

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):

    a. ☐ executor.
    b. ☐ administrator with will annexed.

2. ☒ The court appoints (name):
   DAVID MOORE
    a. ☒ administrator of the decedent's estate.
    b. ☐ special administrator of decedent's estate
       (1) ☐ with the special powers specified in the Order for Probate.
       (2) ☐ with the powers of a general administrator.
       (3) ☐ letters will expire on (date):

3. ☐ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ **with full authority**
   ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. ☒ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)    Date: NOV 0 7 2007
Clerk, by
*Karen C.*
(DEPUTY)

## AFFIRMATION

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. ☒ **INDIVIDUAL: I solemnly affirm** that I will perform the duties of personal representative according to law.

3. ☐ INSTITUTIONAL FIDUCIARY (name):

   **I solemnly affirm** that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date):
   at (place): Medford, OR ~~California~~
   _[signature]_    11/7/07
   (SIGNATURE)

## CERTIFICATION

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)    Date:
Clerk, by
(DEPUTY)

Form Approved by the
Judicial Council of California
**LETTERS**
Probate Code, §§ 1001, 8403, 8405, 8544, 8545;
Code of Civil Procedure § 2015.6