UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF CHERI LYN HOLT-MOORE,

    Plaintiff(s),                      No. C 07-2792 PJH

    v.                               **CLERK'S NOTICE**

DAVID DOUGLAS, et al.

    Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on **August 28, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct a Case Management Conference, in this matter. A joint case management conference statement shall be filed by August 21, 2008.

                                            Richard W. Wieking
                                            Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: August 18, 2008