1  Dennis Cunningham, SBN 112910
   W. Gordon Kaupp, SBN 226141
2  LAW OFFICE OF DENNIS CUNNINGHAM
   Attorneys at Law
3  115 – ½ Bartlett Street
   San Francisco, CA 94110
4  Tel: (415) 285-8091
   Fax: (415) 285-8092
5
   Attorneys for Plaintiffs
6
   Nancy K. Delaney, SBN 70617
7  William F. Mitchell, SBN 159831
   MITCHELL, BRISSO, DELANEY & VRIEZE
8  Attorneys at Law
   814 Seventh Street
9  P. O. Drawer 1008
   Eureka, CA 95502
10 Tel: (707) 443-5643
   Fax: (707) 444-9586
11
   Attorneys for Defendants
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15 Estate of CHERI LYN HOLT-MOORE          CASE NO.: C-07-2792-PJH
   and DAVID MOORE,
16                                          STIPULATION AND ORDER

17         Plaintiffs,

18 vs.

19 CHIEF DAVID DOUGLAS, OFFICER
   ROCKY HARPHAM, SGT. MICHAEL
20 JOHNSON, OFFICER TIM JONES, LT.
   TONY ZANOTTI, LT. TODD WILCOX,
21 SGT. LYNNE SODERBERG, OFFICER
   MENGAL, DT. RON HARPHAM,
22 OFFICER TERENCE LILES, OFFICER
   RODRIGO SANCHEZ, THE EUREKA
23 POLICE DEPARTMENT, THE CITY OF
   EUREKA, AND VARIOUS DOE
24 DEFENDANTS, 1 – x, inclusive,

25         Defendants.

26 _____

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0
STIPULATION AND ORDER

1  At approximately the time of filing the amended complaint in this matter, it was learned that the Humboldt County District Attorney intended to convene a grand jury for the purpose of seeking criminal indictments against certain officers purportedly involved in command decisions with respect to the incident that is the subject matter of this action. Thereafter, because of the potential for criminal proceedings, the parties agreed to defer further filings and formal discovery until the status with respect to criminal proceedings was clarified. Counsel discussed the potential for voluntary dismissal of some defendants and informal document exchanges to this end.

Indictments have issued as to defendant Douglas, the former Chief of Police of the City of Eureka, and defendant Zanotti, a Lieutenant in the Eureka Police Department, both of whom are named defendants in the civil action.

It was anticipated that there would be sufficient time to conduct any necessary discovery, submit dispositive motions or otherwise complete trial preparation within the schedule established by the Court as dispositive motions were to be submitted in the criminal matter in February or March of 2008. Counsel is informed and believes that there were delays in the criminal proceeding and that now dispositive motions are set for hearing on August 26, 2008.

To avoid duplicative efforts by plaintiff and/or any potential prejudice to the defendants, the parties respectfully request that the Court schedule a Case Management Conference in this matter on or after *September 18, 2008*. This will allow counsel to assess the status of the criminal proceeding, which defense counsel anticipates will have concluded based upon information provided by criminal counsel for the defendants, will accommodate the schedule of plaintiffs' counsel who has a pre-paid vacation scheduled during the period in which the Case Management Conference is currently set, and the schedule of defense counsel who has a deposition involving multiple parties that has been specially set on the date on which the current Case Management Conference is scheduled.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND ORDER

1    The parties agree to meet and confer further regarding possible narrowing of the
2 pleadings, including elimination of some defendants and that defendants will file an
3 answer prior to the Case Management Conference on or after *September 18, 2008*.

4 DATED:  August 20, 2008               LAW OFFICE OF DENNIS CUNNINGHAM

6                                       By:   /s/
                                            Dennis Cunningham
7                                            Attorneys for Plaintiffs

9 DATED:  August 20, 2008               MITCHELL, BRISSO, DELANEY & VRIEZE

10                                      By:   /s/
                                            Nancy K. Delaney
11                                           Attorneys for Defendants

13                                      * * * * *

14                                      **ORDER**

16    IT IS ORDERED that the Case Management Conference scheduled for August 28,
17 2008, is continued to _____.
18 DATED:  _____

19                                      _____
                                        HONORABLE PHYLLIS J. HAMILTON
20                                      United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502