Nancy K. Delaney, SBN 70617
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Estate of CHERI LYN HOLT-MOORE
and DAVID MOORE,

          Plaintiffs,

vs.

CHIEF DAVID DOUGLAS, OFFICER
ROCKY HARPHAM, SGT. MICHAEL
JOHNSON, OFFICER TIM JONES, LT.
TONY ZANOTTI, LT. TODD WILCOX,
OFFICER MENGAL, DT. RON
HARPHAM, OFFICER TERENCE
LILES, OFFICER RODRIGO SANCHEZ,
THE EUREKA POLICE DEPARTMENT,
THE CITY OF EUREKA, AND
VARIOUS DOE DEFENDANTS, 1 – x,
inclusive,

          Defendants.

CASE NO.:  C-07-2792-PJH

**ANSWER TO (CORRECTED)
SECOND AMENDED COMPLAINT**

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

ANSWER TO (CORRECTED) SECOND AMENDED COMPLAINT

1   COME NOW defendants and respond to the (Corrected) Second Amended

2   Complaint on file herein as follows:

3       1.     To the extent the "Introduction" is intended to make charging allegations,

4   deny all such allegations and affirmatively allege that defendants, responding to threats

5   by the decedent, posing an immediate risk of injury to others and following the

6   commission of a felony by the decedent in the presence of the officers, made lawful entry

7   into the decedent's residence and faced with the immediate threat of death or serious

8   injury by decedent pointing a flare gun at the officers, necessarily responded with deadly

9   force;

10       2.     In response to paragraphs 1 through 3, acknowledge the legal basis for

11   jurisdiction and venue, however, deny that there is any factual basis for such claims;

12       3.     Deny the allegations of paragraphs 4.

13       4.     In responding to paragraphs 5 through 8, deny all charging allegations of

14   said paragraphs and affirmatively allege that the identified officers were employees of the

15   City of Eureka, Eureka Police Department, acting in the course and scope of their

16   employment at all times relevant herein and responding in an appropriate and lawful

17   manner to circumstances created by the decedent;

18       5.     In answering paragraphs 9 through 16, deny all material charging

19   allegations of said paragraphs and affirmatively allege that defendants were employees of

20   the City of Eureka, Eureka Police Department, acting in the course and scope of their

21   employment at all times relevant herein and responding to circumstances created by the

22   decedent in an appropriate and lawful manner;

23       6.     Deny the allegations of paragraph 17;

24       7.     Deny the allegations of paragraphs 17 through 19;

25       8.     Deny the allegations of paragraph 20 through 22;

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

ANSWER TO (CORRECTED) SECOND AMENDED COMPLAINT

1    9.   Deny the allegations of paragraphs 23 and 24;

2    10.   Deny the allegations of paragraphs 25 and 26;

3    11.   Deny the allegations of paragraphs 27 and 28;

4    WHEREFORE, defendants pray for judgment as hereinafter set forth.

5    **AFFIRMATIVE DEFENSES**

6    **I**

7    AS AND FOR A FIRST AFFIRMATIVE DEFENSE, to each purported cause of

8    action, defendants allege that, as to each plaintiff, each purported cause of action fails to

9    state facts sufficient to constitute a cause of action against these answering defendants,

10   and each of them, and that the complaint fails to state a cause of action against any

11   answering defendant.

12   **II**

13   AS AND FOR A SECOND AFFIRMATIVE DEFENSE, defendants state that the

14   injuries and damages plaintiffs complain of, if any, resulted from the acts and/or

15   omissions of others, and without any fault on the part of these answering defendants.

16   **III**

17   AS AND FOR A THIRD AFFIRMATIVE DEFENSE, the individually named

18   defendants allege that all actions taken were objectively reasonable and these defendants

19   are entitled to qualified immunity.

20   **IV**

21   AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, defendants allege that

22   plaintiffs' decedent was careless and/or negligent in or about the events alleged in the

23   plaintiffs' complaint and assumed the risk of the events or incidents about which

24   plaintiffs complain, and that said conduct was the proximate cause of the injuries and

25   damages alleged.

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

**V**

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, defendants allege that defendants' acts were privileged under applicable statutes and case law.

**VI**

AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, to the extent plaintiffs attempt to allege state claims, defendants allege that any such claim is barred by all applicable Government Code immunities, including but not limited to, sections 815, 815.2, 815.6, 818.2, 818.6, 818.8, 820, 820.2, 820.4, 820.8, 821, 821.4, 821.6, 822.2, 844.6, 845, 845.6 and 846.  Said sections are pleaded as though fully set forth herein.

**VII**

AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, to the extent plaintiffs seek punitive damages against the CITY OF EUREKA, said defendant asserts immunity from such liability and said damages are not recoverable against this public entity.

**VIII**

AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, defendant CITY OF EUREKA alleges that plaintiff has failed to state a claim for relief under *Monell*.

WHEREFORE, defendants pray that:

1.    Plaintiffs take nothing by their complaint on file herein;

2.    Defendants have judgment against plaintiffs;

3.    Defendants be awarded their costs of suit;

4.    Defendants be awarded reasonable attorneys' fees under Rule 11 and/or on the ground that the action is brought without a good faith belief that the facts or applicable law support recovery;

5.    Defendants be awarded reasonable attorneys' fees pursuant to California Code of Civil Procedure Section 1021.7 on the ground that the purported State claims are brought without a good faith belief that the facts or applicable law support recovery; and

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4

ANSWER TO (CORRECTED) SECOND AMENDED COMPLAINT

1        6.       For such other and further relief as the Court deems proper.

2   DATED: October 2, 2008                    MITCHELL, BRISSO, DELANEY & VRIEZE

3                                             By:

4                                                 Nancy K. Delaney
                                                  Attorneys for Defendants
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

5

ANSWER TO (CORRECTED) SECOND AMENDED COMPLAINT