1  Dennis Cunningham, SBN 112910
   W. Gordon Kaupp, SBN 226141
2  LAW OFFICE OF DENNIS CUNNINGHAM
   Attorneys at Law
3  115 – ½ Bartlett Street
   San Francisco, CA  94110
4  Tel: (415) 285-8091
   Fax: (415) 285-8092
5
   Attorneys for Plaintiffs
6
   Nancy K. Delaney, SBN 70617
7  William F. Mitchell, SBN 159831
   MITCHELL, BRISSO, DELANEY & VRIEZE
8  Attorneys at Law
   814 Seventh Street
9  P. O. Drawer 1008
   Eureka, CA  95502
10 Tel:  (707) 443-5643
   Fax: (707) 444-9586
11
   Attorneys for Defendants
12

13                    IN THE UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 Estate of CHERI LYN HOLT-MOORE,          CASE NO.:  C-07-2792-PJH
   DAVID MOORE, and MARIAH
16 TAYLOR, as Guardian of WILLOW            **STIPULATION FOR ORDER
   DARION TOUS,                             DISMISSING ACTION**
17
18         Plaintiffs,
19 vs.
20 CHIEF DAVID DOUGLAS, OFFICER
   ROCKY HARPHAM, SGT. MICHAEL
21 JOHNSON, OFFICER TIM JONES, LT.
   TONY ZANOTTI, LT. TODD WILCOX,
22 SGT. LYNNE SODERBERG, OFFICER
   MENGAL, DT. RON HARPHAM,
23 OFFICER TERENCE LILES, OFFICER
   RODRIGO SANCHEZ, THE EUREKA
24 POLICE DEPARTMENT, THE CITY OF
   EUREKA, AND VARIOUS DOE
25 DEFENDANTS, 1 – x, inclusive,
26         Defendants.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**STIPULATION FOR ORDER DISMISSING ACTION**

1    The parties, through their respective counsel, hereby stipulate that the referenced
2 matter may be dismissed, with prejudice, each party to bear its own costs and fees, and
3 the order appended hereto may enter.

4 DATED: December 1, 2008          LAW OFFICE OF DENNIS CUNNINGHAM

By:   /s/
    Dennis Cunningham
    Attorneys for Plaintiffs

DATED: December 1, 2008          MITCHELL, BRISSO, DELANEY & VRIEZE

By:   /s/
    Nancy K. Delaney
    Attorneys for Defendants

**STIPULATION FOR ORDER DISMISSING ACTION**