IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of CHERI LYN HOLT-MOORE, DAVID MOORE, and MARIAH TAYLOR, as Guardian of WILLOW DARION TOUS,<br><br>            Plaintiffs,<br><br>vs.<br><br>CHIEF DAVID DOUGLAS, OFFICER ROCKY HARPHAM, SGT. MICHAEL JOHNSON, OFFICER TIM JONES, LT. TONY ZANOTTI, LT. TODD WILCOX, SGT. LYNNE SODERBERG, OFFICER MENGAL, DT. RON HARPHAM, OFFICER TERENCE LILES, OFFICER RODRIGO SANCHEZ, THE EUREKA POLICE DEPARTMENT, THE CITY OF EUREKA, AND VARIOUS DOE DEFENDANTS, 1 – x, inclusive,<br><br>            Defendants. | CASE NO.:  C-07-2792-PJH<br><br>**ORDER DISMISSING ACTION** |

   Good cause appearing therefore, based upon the stipulation of the parties through their respective counsel,

/ / /

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

**ORDER DISMISSING ACTION**

1    IT IS HEREBY ORDERED that this action and all claims asserted herein are
2 DISMISSED with prejudice.  All scheduled dates are vacated.
3    IT IS SO ORDERED.

5 DATED: _____    _____
                              HONORABLE PHYLLIS J. HAMILTON
6                             United State District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
**ORDER DISMISSING ACTION**